UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

# FINANCIAL DECLARATION

**CASE # AND NAME**: CV-12-413

**NAME**: J. D. Isaacs  **PHONE #**: 603-727-4555

**ADDRESS**: 3553 W Chester Pk #177  **MARRIED**: YES [X]  NO [ ]

Newtown Square PA  19073  **NUMBER OF DEPENDENTS**: 1

**WARNING**: The information you provide in order to obtain court-appointed representation is subject to the following limitations:
(1) The attorney/client privilege may not apply;
(2) The information is subject to being filed with the Court for future examination by the United States Attorney;
(3) A false or dishonest answer could be punished as a crime; and
(4) The form must be signed under penalty of perjury.

## ASSETS

### I. INCOME
EMPLOYER'S NAME: UNEMPLOYED
MONTHLY WAGES: Gross _____ Net _____
WELFARE: _____ SOCIAL SECURITY (Amount Rec'd): _____
PENSION: _____ OTHER: Disability - Long term $3100/month
SPOUSE'S EMPLOYER: NA
MONTHLY WAGES: Gross _____ Net _____
WELFARE: _____ SOCIAL SECURITY (Amount Rec'd): _____
PENSION: _____ OTHER: _____

### II. PROPERTY

| REAL ESTATE | VALUE | MORTGAGE | NET |
|---|---|---|---|
| 1. HOME | 0 | | |
| 2. OTHER | | | |
| 3. OTHER | | | |

| VEHICLES | VALUE | OWED | NET |
|---|---|---|---|
| 1. 2002 LR SUV | $4500 | 0 | $4500 |
| 2. | | | |
| 3. | | | |

### III. OTHER ASSETS
1. CASH ON HAND     $10
2. CHECKING ACCOUNT $6000
3. SAVINGS ACCOUNT  0
4. CREDIT UNION     0
5. ACCOUNTS RECEIVABLE 0
6. JEWELRY  $700
7. STOCKS   $500 private corporation
8. BONDS    0
9. OTHER    Laptop computer, clothes

**(COMPLETE REVERSE SIDE)**

USDCNH-15 (Rev 11-04) (Previous editions obsolete)

## LIABILITIES

**I. REAL ESTATE**

| | LENDER | TOTAL OWED | MONTHLY PAYMENTS |
|---|---|---|---|
| 1. | 0 | | |
| 2. | | | |
| 3. | | | |

**II. MOTOR VEHICLES**

| | LENDER | TOTAL OWED | MONTHLY PAYMENTS |
|---|---|---|---|
| 1. | 0 | | |
| 2. | | | |
| 3. | | | |

**III. GENERAL DEBTS**

| | LENDER | TOTAL OWED | MONTHLY PAYMENTS |
|---|---|---|---|
| 1. | US Education Loans | $270,000 | approx $300 (forebearance) |
| 2. | Access Group Law Loan | $50,000 | $200 (forebearance) |
| 3. | Discover Card | $10,000 | $300 |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |

**IV. HOUSEHOLD EXPENSES**

| | | | | | |
|---|---|---|---|---|---|
| 1. | TELEPHONE | $120 | 8. GROCERIES | $1400 |
| 2. | UTILITIES | $300 | 9. MEDICAL/DENTAL | $400 |
| 3. | CHILD SUPPORT | | 10. SCHOOL | |
| 4. | ALIMONY | | 11. CHURCH | |
| 5. | CLOTHES | | 12. TAXES | |
| 6. | TRANSPORTATION | $300 | 13. RENT | |
| 7. | INSURANCE | $200 | 14. OTHER | |

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

October 29 2012
_____
DATE

_Jeffrey D. Isaacs_
_____
SIGNATURE

---

**REQUEST APPROVED: ( )**     **REQUEST DISAPPROVED: ( )**

**Date:** _____        _____
United States Magistrate Judge
United States District Judge

USDCNH-15 (Rev 11-04) (Previous editions obsolete)